FILED
2019 Sep-13  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES G. DAVIS, **Plaintiff,** | ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| v. | ) ) | **CIVIL ACTION CASE NUMBER:** |
| OCWEN LOAN SERVICING, LLC, et. al., **Defendant.** | ) ) ) | 1:19-cv-1496-JEO |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

> Trans Union, LLC
> C/0 Prentice-Davis Corporation System Inc.
> 150 South Perry Street
> Montgomery, Alabama 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Earl P. Underwood, Jr. of Underwood & Riemer, P.C.
> 21 South Section Street
> Fairhope, Alabama 36532

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/12/19

SEE REVERSE SIDE FOR RETURN

7017 1000 0000 0523 4895

SHARON N. HARRIS, CLERK

By:

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| | ) | **Summons** |
| JAMES G. DAVIS, | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| OCWEN LOAN SERVICING, LLC, et. al., | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| | ) | 1:19-cv-1496-JEO |
| Defendant. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Ocwen Loan Servicing, LLC
C/0 Corporation Service Company Inc
641 South Lawrence Street
Montgomery. Al 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Earl P. Underwood, Jr. of Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama 36532

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/12/19

SEE REVERSE SIDE FOR RETURN
7017 1000 0000 0523 4482

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| JAMES G. DAVIS,<br><br>     Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et. al.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>**(Issued pursuant to Rule 4 of**<br>**the Federal Rules of Civil**<br>**Procedure or other appropriate**<br>**law.)**<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>1:19-cv-1496-JEO |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
The Bank Of New York Mellon Aka The Bank Of New York , As Successor Trustee For Jp
Morgan Chase Bank, N.A., As Trustee For Novastar Mortgage Funding Trust, Series 2005-3 c/o
Bank of New York Mellon Corporation is a resident of the United States located at One Wall
Street, New York, New York, 10286, Attn: Legal Division 111 h Floor, Legal Process Unit

NOTE: A separate summons must be
    prepared for each defendant.

A lawsuit has been filed against you.

  Within _____21_____ days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Earl P. Underwood, Jr. of Underwood & Riemer, P.C.
    21 South Section Street
    Fairhope, Alabama 36532

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You
also must file your answer or motion with the court.

DATE:__9/12/19___

SEE REVERSE SIDE FOR RETURN
7017 1000 0000 0523 4505

SHARON N. HARRIS, CLERK

By: 

Deputy Clerk

(SEAL OF COURT)


NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| JAMES G. DAVIS, | ) **Summons** |
|  | ) **(Issued pursuant to Rule 4 of** |
|  | ) **the Federal Rules of Civil** |
| Plaintiff, | ) **Procedure or other appropriate** |
|  | ) **law.)** |
| v. | ) |
|  | ) **CIVIL ACTION CASE NUMBER:** |
| OCWEN LOAN SERVICING, LLC, et. al., | ) |
|  | ) 1:19-cv-1496-JEO |
| Defendant. | ) |

## Summons in a Civil Action

To: (*Defendant's name and address*)

> Experian Information Solutions, Inc.
> C/0 C T Corporation System
> 2 North Jackson St., Suite 605
> Montgomery, Al 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Earl P. Underwood, Jr. of Underwood & Riemer, P.C.
> 21 South Section Street
> Fairhope, Alabama 36532

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/12/19

SEE REVERSE SIDE FOR RETURN
7017 1000 0000 0523 4499

SHARON N. HARRIS, CLERK

By

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| JAMES G. DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> OCWEN LOAN SERVICING, LLC, et. al., ) <br> Defendant. ) | **Summons** <br> **(Issued pursuant to Rule 4 of** <br> **the Federal Rules of Civil** <br> **Procedure or other appropriate** <br> **law.)** <br> <br> **CIVIL ACTION CASE NUMBER:** <br> <br> 1:19-cv-1496-JEO |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
> Equifax Information Services, LLC
> C/0 Corporation Service Company inc
> 641 South Lawrence Street
> Montgomery, Alabama 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _____ 21 _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Earl P. Underwood, Jr. of Underwood & Riemer, P.C.
> 21 South Section Street
> Fairhope, Alabama 36532

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: _9/12/19_

SHARON N. HARRIS, CLERK

By: _____

Deputy Clerk

SEE REVERSE SIDE FOR RETURN
7017 1000 0000 0523 4888

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203