FILED

2019 Oct-04  PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

JAMES G. DAVIS,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW
YORK, AS SUCCESSOR TRUSTEE
FOR JP MORGAN CHASE BANK,
N.A., AS TRUSTEE FOR NOVASTAR
MORTGAGE FUNDING TRUST,
SERIES 2005-3, TRANS UNION, LLC,
EQUIFAX INFORMATION
SERVICES LLC and EXPERIAN
INFORMATION SOLUTIONS, INC,

      Defendants.

Case No. 1:19-cv-01496-JEO

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC ("Equifax"), pursuant to Fed.

R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Respond to

Plaintiff's Complaint ("Complaint") and states as follows:

1.    Equifax was served with Plaintiff's Complaint on September 16,

2019, and its response to the Complaint is due on October 7, 2019.

2.    On October 2, 2019, Ashley Chalmers, in-house litigation counsel for

{MB359365.1}

Equifax, conferred with Plaintiff's counsel, who consented to an extension of time for Equifax to answer or otherwise respond to the Complaint up to and including November 4, 2019.

3.      Equifax continues to review the allegations of the Complaint and requests additional time to respond to the same in a meaningful fashion.

4.      Equifax's time to plead in response to the Complaint has not yet expired.

5.      This request for an extension of time is made with the consent of Plaintiff, is not made for any improper purpose, and will not prejudice the orderly administration of this matter.

6.      No party would be prejudiced by the extension.

7.      No other extensions have been requested as to this specific deadline and Equifax does not anticipate this extension will affect scheduling of this case.

WHEREFORE, Defendant Equifax hereby requests that the Court enter an Order (1) granting the Unopposed Motion for an Extension of Time; and (2) providing Equifax with an extension until November 4, 2019, to file its responsive pleading to the Complaint.

Respectfully submitted this 4th day of October, 2019.

/s/ *Kirkland E. Reid*
Kirkland E. Reid (REIDK9451)
Attorney for Defendant Equifax Information
Services LLC

**OF COUNSEL:**

Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 439-7513
Fax (251) 439-7358
Email:  kreid@joneswalker.com

**CERTIFICATE OF SERVICE**

This is to certify that on October 4, 2019, I electronically filed a true and correct copy of the foregoing using the CM/ECF system, which will send notification of filing to all counsel of record.

/s/ *Kirkland E. Reid*
Kirkland E. Reid