FILED
2020 Jan-16  PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JAMES DAVIS,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | |
| } | **Case No. 1:19-CV-01496-CLM** |
| **OCWEN LOAN SERVICING LLC, et al.,** } | |
| } | |
| **Defendants.** } | |

## SCHEDULING ORDER

The dates and deadlines in this case are set forth below:

| **Event / Item Due** | **Date / Deadline** |
|---|---|
| Initial Disclosures | 1/28/2020 |
| Deadline to Amend Pleadings | P: 4/6/2020<br>D: 5/4/2020 |
| Expert Reports | P: 5/11/2020<br>D: 6/19/2020 |
| Rule 26(e) Supplementations | 7/3/2020 |
| Fact & Expert Discovery Complete | 8/3/2020 |
| Status Conference (telephone) | 6/4/2020 at 2:00pm |
| Dispositive Motions | 9/8/2020<br>*Follow Appx II* |
| Witness and Exhibit Lists | 1/6/2021 |
| Pretrial Conference | 1/8/2021 at 1:30pm in Anniston |
| Trial Date | 2/15/2021 in Anniston |

The court sets the following limits with respect to discovery:

| Form of Discovery | Limitations |
| --- | --- |
| Interrogatories | 25 each, responses due in 30 days |
| Requests for Admissions | 30 each, responses due in 30 days |
| Requests for Production | 40 each, responses due in 30 days |
| Depositions | 10 each, 7 hours each |

This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** this 16th day of January, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE