IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES G. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, ET AL.,<br><br>    Defendants. | Case No. 1:19-cv-01496-CLM |

## MOTION TO WITHDRAW

Undersigned counsel Kirkland E. Reid with Jones Walker LLP respectfully requests that this Court enter an order allowing him to withdraw from further representation of defendant Equifax Information Services LLC ("Equifax"). In support of this motion, undersigned counsel states as follows:

1.      Undersigned counsel is leaving Jones Walker LLP, effective March 13, 2020. Equifax will continue to be represented by Jones Walker LLP. In this connection, Joseph D. Steadman, Jr. with Jones Walker LLP has today entered his notice of appearance as counsel of record for Equifax.

2.      Equifax is aware of and agrees with the filing of this motion. Further, undersigned counsel's withdrawal will not prejudice the parties or the disposition of this case.

WHEREFORE, undersigned counsel Kirkland E. Reid respectfully requests that he be allowed to withdraw from further representation of defendant Equifax in this action.

{MB376468.1}

                                                    Respectfully submitted,

                                                    */s/ Kirkland E. Reid*

                                                    Kirkland E. Reid (REIDK9451)
                                                  *Counsel for Defendant Equifax Information Services LLC*

**OF COUNSEL:**
JONES WALKER LLP
11 N. Water Street, Suite 1200
Mobile, Alabama 36602
Telephone:  251-439-7534
Facsimile:   251-439-7392
jsteadman@joneswalker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I electronically filed the foregoing using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Kirkland E. Reid*
Kirkland E. Reid