FILED
2020 Apr-22 PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **JAMES G. DAVIS**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-01496-CLM |
| ) | |
| ) | |
| **OCWEN LOAN SERVICING, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT MOTION FOR DISMISSAL, WITH PREJUDICE,
### AS TO DEFENDANT TRANS UNION, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff James G. Davis and Defendant Trans Union, LLC ("Trans Union"), by and through their respective undersigned counsel, hereby request the dismissal, WITH PREJUDICE, of all Plaintiff's claims against Defendant Trans Union only, with each party to bear its own attorney's fees and costs. Movants state that such claims have been resolved by a finalized settlement agreement. This Motion and the requested dismissal do not affect any of Plaintiff's claims against any other of the Defendants.

Respectfully submitted this the 22nd day of April, 2020.

*/s/ Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
Underwood & Riemer, P.C.
2153 Airport Boulevard
Mobile, AL 36606
Phone: (251) 432-9212
Facsimile: (251) 990-0626
Email: kriemer@alalaw.com

Earl P. Underwood, Jr.
Kenneth J. Riemer
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama 36533
Telephone: 251-990-5558
Facsimile: 251-990-0626
epunderwood@alalaw.com
*Attorneys for Plaintiffs*

and

>/s/ Matthew W. Robinett (with expressed permission)
>Matthew W. Robinett
>NORMAN WOOD KENDRICK & TURNER
>Ridge Park Place, Suite 3000
>1130 22nd Street South
>Birmingham, AL 35205
>Email: mrobinett@nwkt.com
>*Attorneys for Trans Union, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

>*/s/ Kenneth J. Riemer*
>KENNETH J. RIEMER (RIEMK8712)