## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **JAMES DAVIS,**<br><br>    Plaintiff,<br><br>v.<br><br>**OCWEN LOAN SERVICING, LLC, et al.,**<br><br>    Defendant(s). | **Case No.: 1:19-CV-01496-CLM** |

### JOINT MOTION TO AMEND SCHEDULING ORDER

Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon as Successor Trustee for JP Morgan Chase Bank as Trustee for Novastar Mortgage Funding Trust Series 2005-3, formerly known as The Bank of New York (collectively, "Defendants"), by counsel, together with Plaintiff James Davis ("Plaintiff") (collectively, "the Parties"), hereby move the Court to amend the Amended Rule 16(b) Scheduling Order (Docs. 37 and 53) to (1) stay the discovery deadline and the dispositive motions deadline, and (2) refer the Parties to a settlement conference. As grounds for this Motion, the Parties state as follows:

(1) The Court issued a text order Amending the Rule 16(b) Scheduling Order (Doc. 53) on June 10, 2020, setting the discovery deadline as October 2, 2020 and the dispositive motions deadline as November 2, 2020.

(2) The Parties are continuing to diligently conduct discovery, and the discovery process has facilitated thorough settlement negotiations. However, the Parties believe that a settlement conference will be productive at this point in the case before proceeding with further discovery, including depositions.

(3) The stay requested herein will allow the Parties to participate in a settlement conference before spending significant time and money on additional discovery, including Rule 30(b)(6) and individual depositions.

(4) Therefore, the Parties respectfully request that the Court stay the discovery and dispositive motions deadlines, and refer the Parties to a settlement conference.

WHEREFORE, the Parties respectfully request that the Court stay the discovery and dispositive motions deadlines, refer the Parties to a settlement conference, and grant all other just and equitable relief.

This the 1st day of September 2020

Respectfully submitted,

*/s/ John Houston Shaner* (With express permission)
John Houston Shaner, Esq.
(ASB No: 1992M27W)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3909
Facsimile: (404) 885-3900
Email: houston.shaner@troutman.com

Amanda K. Blackmon *(pro hac vice)*
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7543
Facsimile: (757) 687-1510
Email: mandi.blackmonf@troutman.com

*Counsel for Ocwen Loan Servicing, LLC; Bank of New York Mellon as Successor Trustee for JP Morgan Chase Bank as Trustee for Novastar Mortgage Funding Trust Series 2005-3, formerly known as The Bank of New York*

        /s/ Earl P. Underwood, Jr.
Kenneth J. Riemer
UNDERWOOD & RIEMER, PC
2153 Airport Boulevard
Mobile, AL 36606
Phone:  251.432.9212
Fax:     251.990.0626
Email:  kriemer01@gmail.com

109773270