# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| JAMES G. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:19-cv-01496-CLM |
| ) | |
| OCWEN LOAN SERVICING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is SET for mediation on **Wednesday, October 28, 2020, at 9:00 AM** via Zoom videoconference.[1] Each party as well as counsel for each party <u>must attend</u>. If a party is a corporate or other business entity, an appropriate representative with settlement authority <u>must attend</u>. Each party <u>must</u> submit a confidential position statement including (1) a brief summary of the facts and background of the dispute, (2) a statement of the claims and remaining issues, including the key issues from its perspective that have prevented settlement, (3) the relevant governing law, (4) status of negotiations, and (5) an estimate of the costs it has expended in pursuing or defending this action, an estimate of the future costs of pursuing or defending this action through trial, and its estimated value of Plaintiffs' claim(s). Parties are welcome to submit other materials that may assist the court in becoming better-acquainted with the issues in this case. The position statement and any other materials must be marked "CONFIDENTIAL" and must be submitted to chambers by **October 16, 2020.**[2]

---

[1] Counsel will receive a separate email with instructions regarding the videoconference.
[2] To the extent practicable, the parties are encouraged to submit mediation materials by email to england_chambers@alnd.uscourts.gov.

2

DONE this 6th day of October, 2020.

                                                                  _____
                                                                  **JOHN H. ENGLAND, III**
                                                                  UNITED STATES MAGISTRATE JUDGE